1  ADAM GORDON
   United States Attorney
2  P. KEVIN MOKHTARI
   Assistant United States Attorney
3  California Bar No. 253283
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 546-8402
6  kevin.mokhtari@usdoj.gov



7  Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25CR2208-TWR |
|---|---|
| Plaintiff, | MOTION TO UNSEAL INDICTMENT; AND TO UNSEAL ARREST WARRANT |
| v. | |
| CHENG LI, | |
| Defendant. | |

The United States of America, by its counsel, moves to unseal the indictment in the above-captioned matter. On June 6, 2025, defendant Cheng Li was charged separately by sealed indictment. Since then, co-conspirators charged elsewhere have been arrested and their indictments have been partially unsealed. Defendant Cheng Li is currently in custody. The needs for sealing as to this indictment and arrest warrant no longer apply. The United States therefore requests to unseal the indictment and arrest warrant in this case.

DATED: August 26, 2025                    Respectfully submitted,

                                          ADAM GORDON
                                          United States Attorney

                                          P. KEVIN MOKHTARI
                                          Assistant U. S. Attorney

O R D E R

1  Upon application of the United States, and good cause appearing,

2  IT IS HEREBY ORDERED that the indictment and arrest warrant in this case be
3  unsealed.

4  **SO ORDERED.**

6  DATED: August 26, 2025

*David Leshner*

HON. ~~STEVE B. CHU~~
UNITED STATES MAGISTRATE JUDGE